UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| ROBERT LEE ELLIS | ) | CASE NO. 10-82128 |
| BEVERLY HOBBS ELLIS | ) | CHAPTER 13 |
| DEBTORS | ) | |

## OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN

**COMES NOW** Beneficial Mortgage Co. of North Carolina by and through HSBC Mortgage Services, Inc (hereinafter "HSBC") a secured creditor, by and through counsel, Brock and Scott, PLLC, and objects to confirmation of the Debtor's Chapter 13 Plan, and moves the Court to amend the Plan for HSBC to be paid in full per the filed Proof of Claim in the amount of $39,650.88.

This, the 1st day of February, 2011

BROCK AND SCOTT, PLLC

/s/ Sean M. Corcoran
Sean M. Corcoran
Attorney for HSBC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
State Bar Number 33387

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| ROBERT LEE ELLIS | ) | CASE NO. 10-82128 |
| BEVERLY HOBBS ELLIS | ) | CHAPTER 13 |
| DEBTORS | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the OBJECTION in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Robert Lee Ellis
Beverly Hobbs Ellis
341 Winchester Road
Rougemont, NC 27572

Mr. John T Orcutt
6616 Six Forks Road
Suite 203
Raleigh, NC 27615

Mr. Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

This 1st day of February, 2011.

    Brock and Scott, PLLC

    /s/ Sean M. Corcoran
    Sean M. Corcoran
    Attorney for HSBC
    Brock & Scott, PLLC
    5121 Parkway Plaza Drive, Suite 300
    Charlotte, NC 28217
    (704) 369-0676
    Bar No.: 33387