C-13-15(c)(ECF)
(Rev. 11/04)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Robert L. Ellis | ) | **Motion and Order** |
| Beverly H. Ellis | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-10-82128 C-13D |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On May 12, 2011, a hearing was held on the Objection by the Standing Trustee to confirmation of the Debtors' plan which was sustained. An Order was entered giving the Debtors up to and including June 12, 2011, within which to file a new or amended proposed plan. The Debtors have failed to file a new or amended proposed plan.

The Standing Trustee respectfully recommends to the Court that this case be dismissed for failure of the Debtors to comply with the Court's Order entered May 19, 2010.

Date: June 21, 2011               s/Richard M. Hutson, II
       ej                          Richard M. Hutson, II, Standing Trustee

---

# ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and this case is dismissed; and, it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-82128 C-13D**

Robert L. Ellis
Beverly H. Ellis
341 Winchester Rd.
Rougemont, NC 27572

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702